**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JO ANN WEAVER,**

        **Plaintiff,**

**-vs-**                                **Case No. 6:07-cv-1082-Orl-19KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 10)**
>
> **FILED:** **October 18, 2007**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    The Commissioner of Social Security requests that this matter be reversed and remanded to the Social Security Administration for further proceedings under sentence four of 42 U.S.C. § 405(g) for the following reasons:

> Upon remand from the court, the Appeals Council will remand the matter to an administrative law judge (ALJ) with instructions to further develop the record and issue a new decision. Specifically, the ALJ is instructed to reconsider medical records and a medical source statement from Dr. Nicholas G. Avgeropoulos, Plaintiff's treating source. The ALJ should also indicate the weight given to such evidence from

> Dr. Avgeropoulos, and if the ALJ finds that the assessment of Dr. Avgeropoulos does not warrant receiving controlling or great weight, the ALJ is to discuss the reasons for giving it less weight.

Doc. No. 10. Plaintiff Jo Ann Weaver has not filed a response to the motion as of the writing of this report, and the time for doing so has passed. Therefore, I treat the motion as unopposed.

Based on the foregoing, I respectfully recommend that the motion be **GRANTED** and the decision of the Commission be **REVERSED** and the case is **REMANDED** for further proceedings. I further recommend that the Court direct the Clerk of Court to enter judgment consistent with its decision on this Report and Recommendation and, thereafter, to close the file.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on November 6, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy