**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JO ANN WEAVER,

    Plaintiff,

vs.                                    CASE NO. 6:07-CV-1082-ORL-19KRS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 11, filed November 6, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 11) is **ADOPTED and AFFIRMED.** The Motion for Entry of Judgment with Remand (Doc. No. 10, filed October 18, 2007) is **GRANTED**. The decision of the Commissioner is **REVERSED,** and the case is **REMANDED** for further proceedings. The Clerk of Court is directed to enter judgment consistent with this decision on the Report and Recommendation and, thereafter, to close the file.

**DONE AND ORDERED** at Orlando, Florida, this ___5th___ day of December, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record