**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

JO ANN WEAVER,

      Plaintiff,

vs.                                            CASE NO. 6:07-CV-1082-ORL-19KRS

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 17, filed May 19, 2008). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 17) is **ADOPTED and AFFIRMED.** The Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(D) (Doc. No. 15, filed March 10, 2008) is **GRANTED IN PART AND DENIED IN PART.** The Commissioner of Social Security shall pay to Shea Fugate, Esq., the sum of $1,675.89 in attorney's fees, $350.00 in costs, and $14.28 in expenses for a total award of $2, 040.17..

**DONE AND ORDERED** at Orlando, Florida, this ___6th___ day of June, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record